UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES LIABILITY INSURANCE COMPANY, a foreign company,

 Plaintiff,

v.

KELLEY VENTURES, LLC, a Florida corporation, KEVIN P. KELLEY, a Florida resident, and PHOENIX MOTORS, INC., a foreign company,

 Defendants.

CASE NO. 14-CV-62840-JIC

### USLI'S DESIGNATION DEPOSITION OF KEVIN P. KELLEY

Plaintiff, UNITED STATES LIABILITY INSURANCE COMPANY ("USLI"), by and through undersigned counsel and pursuant to this Court's Order Continuing Trial [D.E. 39], hereby files the designation for the deposition of Defendant KEVIN P. KELLEY, taken on June 2, 2015, as follows:

| From<br>Page : Line | To<br>Page : Line |
|---|---|
| 21:20 | 21:24 |
| 30:19 | 31:23 |
| 33:10 | 35:18 |
| 39:1 | 44:13 |
| 47:18 | 51:10 |
| 52:12 | 53:15 |
| 68:2 | 68:15 |

| 68:20 | 69:12 |
|-------|-------|

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2015, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>s/ Rory Eric Jurman</u>
Rory Eric Jurman


/s/ Avery A. Dial
Rory Eric Jurman
Fla. Bar No. 194646
Email: rjurman@fowler-white.com

Avery A. Dial
Fla. Bar No. 732036
Email: adial@fowler-white.com

Aaron M. Dmiszewicki
Fla. Bar No. 111455
Email: admiszewicki@fowler-white.com

FOWLER WHITE BURNETT, P.A.
One Financial Plaza, Suite 2100
100 Southeast Third Avenue
Fort Lauderdale, Florida 33394
Telephone:  (954) 377-8100
Facsimile:   (954) 377-8101

- 2 -

FOWLER WHITE BURNETT P.A. • ONE FINANCIAL PLAZA, SUITE 2100, 100 SOUTHEAST THIRD AVENUE, FORT LAUDERDALE, FL 33394• (954) 377-8100

CASE NO. 14-CV-62840-JIC

- 3 -

# SERVICE LIST

CASE NO. 14-CV-62840-JIC

M. Glenn Curran, III, Esq.
Curran Law Group
Coastal Tower, Suite 208
2400 East Commercial Blvd.
Fort Lauderdale, FL 33308
E-Mail: MGC-1@CurranLaw.com;
mary@CurranLaw.com
Telephone: (954) 938-9922
Facsimile: (954) 938-9923
Attorney for KELLEY VENTURES, LLC
d/b/a KELLEY COLLISION CENTER and
KEVIN P. KELLEY

4844-8963-6137, v. 1

- 3 -

FOWLER WHITE BURNETT P.A. • ONE FINANCIAL PLAZA, SUITE 2100, 100 SOUTHEAST THIRD AVENUE, FORT LAUDERDALE, FL 33394• (954) 377-8100